IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MALINDA J. POLEY,<br><br>　　　　　Defendant. | 4:02CR3130<br><br>DETENTION ORDER PENDING REVOCATION |

　　　The defendant was afforded an opportunity for a detention hearing, but waived that right and agreed to be detained without a hearing.  Defendant, who is currently in state custody, has therefore failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3143 (a) and Fed. R. Crim. P. Rule 32.1(a)(6) that defendant will appear at court proceedings and will not pose a danger to the safety of any person or the community if released.

　　　Accordingly,

　　　IT IS ORDERED:

　　　1)　　The defendant shall be returned to state custody for confinement on state charges.

　　　2)　　Upon release from state custody, the U.S. Marshal is commanded to take custody of the above-named defendant for further proceedings in this court.

　　　3)　　The defendant shall be afforded reasonable opportunity for private consultation with counsel while detained.

　　　January 21, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge